IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:96cr155-MEF |
| | ) | |
| TOMMY RAY CLAYTON | | |

**ORDER**

On 2 August 2006, pursuant to Fed. R. Crim. P. 32.1, the court held a requested preliminary hearing in this case. The defendant, TOMMY RAY CLAYTON, appeared with his counsel, Robert Illman, Esq. One government witness, U.S. Probation Officer David Conoly, testified at the hearing.

Upon consideration of the evidence, the court finds that there is probable cause to believe that the defendant, TOMMY RAY CLAYTON, has violated the conditions of his release, as alleged in the amended petition (Violations 1, 2, and 3). Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court, and he is remanded to the custody of the United States Marshal pending his revocation hearing at 8:30 a.m. on Friday, 8 September 2006, before Chief District Judge Mark E. Fuller.

DONE this 4th day of August, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE