PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tommy Clayton                                  Case Number: 2:96CR155-MEF

Name of Sentencing Judicial Officer: The Honorable Mark E. Fuller, Chief U.S. District Judge

Date of Original Sentence: November 26, 1996

Original Offense: Bank Robbery

Original Sentence: 71 months custody BOP; followed by 5 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: August 20, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[x]   To modify the conditions of supervision as follows:

**The defendant shall not possess or use any alcoholic beverages.**

## CAUSE

On July 9, 2006, Tommy Clayton operated a vehicle while under the influence of alcohol. Clayton advised USPO Conoly and DCUSPO Spurlock that on July 8, 2006, Clayton purchased 6 beers and consumed two of them while he got ready to drive from Ramer, AL, to Montgomery, AL, to pick up his girlfriend for a night out. Clayton opened and consumed a third beer while driving to Montgomery, AL. After their night out, Clayton finished the three remaining beers approximately 30 minutes prior to getting into his car and driving back to Ramer, AL, at 2:30 in the morning. While driving back to Ramer, Clayton advised that some deer jumped in front of his car and he ran off the road and crashed his car. Clayton advised that he climbed out of the car and walked to a farmhouse and attempted to get a ride back to his home. He was unsuccessful, so he returned to his car where he later was picked up by a stranger and driven home.

Clayton advised he was hurting, so he took some Tylenol and washed it down with 2 beers that he had in his refrigerator. A short time later, a neighbor came over and returned Clayton to the scene, where Alabama State Trooper Huffman was processing the scene. According to Huffman, Clayton arrived at the scene at approximately 7:00 am, and a breath test was administered.

Subsequently, Clayton went to the hospital where it was discovered that he sustained a broken neck as a result of the accident.

On July 12, 2006, Clayton advised USPO Conoly and DCUSPO Spurlock that he had been consuming 3-4 six packs of beer each week prior to the accident on July 9, 2006. He related that he returned to drinking alcohol a couple of months after completing an outpatient drug treatment program that was ordered as a previous modification to his conditions of supervised release.

PROB 12B
(7/93)

2

On July 12, 2006, USPO Conoly instructed Clayton not to drink alcohol or drive a vehicle until he had obtained prior permission form USPO Conoly. Clayton was driving and drinking after receiving this instruction for USPO Conoly.

U.S. Probation Officer Action: Clayton's supervision has been modified several times as a result of his drug and alcohol use. He previously attended an outpatient treatment program which addressed his use of cocaine. Since completing the treatment program, he has not reverted back to using cocaine, but he has not been able to control his drinking. He is scheduled to begin a 28 day inpatient treatment program on September 11, 2006, that will address his alcohol problem. It is the opinion of the probation officer, that the requested modifications listed above, along with the treatment that Clayton will receive, will help in altering his addictive lifestyle. Considering the prior attempts that have been made to address his issues, Clayton was advised that if he violates his conditions of supervision in the future, the probation officer will recommend that his supervision be revoked and she be sentenced to the maximum allowable sentence.

Respectfully submitted,

by

/s/ David A. Conoly
U.S. Probation Officer
Date: August 29, 2006

Reviewed and approved:   /s/ Scott Wright
Scott Wright
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

5 September 2006
Date